Cite as 2023 Ark. App. 300

# ARKANSAS COURT OF APPEALS
## DIVISION I
### No. E-22-246

| | |
|---|---|
| NANCY GRIFFIN<br><div align="right">APPELLANT</div> | Opinion Delivered MAY 24, 2023 |
| V. | APPEAL FROM THE ARKANSAS BOARD OF REVIEW [NO. 2021-BR-05226] |
| DIRECTOR, DEPARTMENT OF WORKFORCE SERVICES<br><div align="right">APPELLEE</div> | REVERSED AND REMANDED |

**ROBERT J. GLADWIN, Judge**

The Arkansas Board of Review (Board) affirmed the denial of Pandemic Emergency Unemployment Compensation ("PECU") benefits after the Appeal Tribunal found appellant Nancy Griffin unavailable for work beginning December 27, 2020. We reverse and remand this case to the Board to make sufficient findings of fact and conclusions of law.

In its decision, the Board recites the testimony presented at the hearing, and then simply states that the record contains a "sufficient basis to find" that the appellant was unavailable for work. It further states, "[T]he Board concludes that the decision made by the Appeal Tribunal in Appeal No. 2021-AT-21107, should be affirmed."

The Board must make findings of fact for this court to review. *See Ferren v. Dir.*, 59 Ark. App. 213, 956 S.W.2d 198 (1997). A conclusory statement that does not detail or analyze the facts upon which it is based is not sufficient. *Id.* The Board failed to make any

findings of fact; failed to adopt the Appeal Tribunal's findings of fact; and failed to specifically address appellant's contention that she checked the wrong box.

Because we are unable to determine the facts upon which the Board relied, we reverse and remand for the Board to make specific findings of fact and conclusions of law.

Reversed and remanded.

KLAPPENBACH and GRUBER, JJ., agree.

*Nancy J. Griffin*, pro se appellant.

*Cynthia L. Uhrynowycz*, Associate General Counsel, for appellee.